IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY D. LEE,   §<br>    Plaintiff,   §<br>   § <br>v.   §   CIVIL ACTION NO. H-05-3406<br>   §<br>WAL-MART, INC.,   §<br>    Defendant.   § | |

### ORDER

In his original Complaint [Doc. # 1], Plaintiff Larry D. Lee listed his current address as **3101 Spencer Hwy., # 80, Pasadena, Texas, 77504**. A different address was listed on the docket sheet and, as a result, all documents mailed to Plaintiff have been returned to the Court as undeliverable. It is hereby

**ORDERED** that the Clerk of Court shall correct the docket sheet to reflect the address listed on Plaintiff's Complaint and shall remail to Plaintiff at this address Documents # 2, # 3, # 4 and # 5.

SIGNED at Houston, Texas, this **14th** day of **December, 2005.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\3406Address.wpd   051214.1349